**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

R.T.G. FURNITURE CORP.,

     Plaintiff,

v.                                CASE NO.:  8:20-cv-02323-JSM-AEP

HALLMARK SPECIALTY INSURANCE
COMPANY, CRUM & FORSTER
SPECIALTY INSURANCE COMPANY,
EVEREST INDEMNITY INSURANCE
COMPANY, IRONSHORE SPECIALTY
INSURANCE COMPANY, HDI GLOBAL
SPECIALTY SE, UNDERWRITERS AT
LLOYD'S, LONDON SUBSCRIBING TO
POLICY NO. LMPRP20928555,
PARTNERRE IRELAND INSURANCE
DAC, STARR SURPLUS LINES
INSURANCE COMPANY, EVANSTON
INSURANCE COMPANY, ASPEN
SPECIALTY INSURANCE COMPANY,
LANDMARK AMERICAN INSURANCE
COMPANY, MAXUM INDEMNITY
COMPANY, AND HOMELAND
INSURANCE COMPANY OF NEW YORK,

     Defendants.

_____/

## <u>NOTICE OF APPEAL</u>

     R.T.G. Furniture Corp., by and through its undersigned counsel, appeals to the Eleventh Circuit Court of Appeals from the Order granting the Defendants' Motion to Dismiss entered by the United States District Court on January 22, 2021 (Dkt. 45).

Dated this 16th day of February 2021

**HUNTON ANDREWS KURTH LLP**

/s/ *Walter J. Andrews*
**Walter J. Andrews**
Fla. Bar. No. 84863
**Cary D. Steklof**
Fla. Bar No. 86257
Wells Fargo Center
333 SE 2nd Ave., Suite 2400
Miami, FL 33131
Tel:     (305) 810-6407
FAX:   (305) 810-2460
wandrews@huntonak.com
csteklof@hunonak.com
*Attorneys for R.T.G. Furniture Corp.*

## CERTIFICATE OF SERVICE

On February 16, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

/s/ *Walter J. Andrews*
Walter J. Andrews